UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ANTHONY PIÑA,

    Petitioner,

v.

ELDON VAIL, et al.,

    Respondents.

Case No. 08-CV-0511-MJP-JPD

ORDER OF DISMISSAL

The Court, after careful consideration of Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Court has reviewed Petitioner's Objections. (Dkt. No. 21.) First, the Court agrees with Magistrate Judge Donohue's conclusion that the majority of Petitioner's grounds were not properly exhausted at the state level. (See Dkt. No. 18 at 6-8.) Second, the Court agrees with Magistrate Judge Donohue's conclusion that <u>McKune v. Lile</u>, 536 U.S. 24 (2002), disposes of Petitioner's objections related to his polygraph examination.

(2) The habeas petition is DENIED and this case is DISMISSED with prejudice.

ORDER OF DISMISSAL
PAGE - 1

1     (3)     Petitioner's motion for leave to amend post-conviction complaints (Dkt. No. 16)
2               is DENIED.
3     (4)     The Clerk is directed to send copies of this Order to all counsel of record and to
4               Judge Donohue.

DATED this 9th day of May, 2009.

*[signature]*

Marsha J. Pechman
United States District Judge